**Order entered February 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01386-CR

**SHEYENNE NICOLE LILES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-71006-Q**

## ORDER

The Court **REINSTATES** the appeal.

On January 23, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On February 25, 2015, we received the reporter's record, but it did not include State's Exhibit no. 2, a DVD. In the interest of expediting the appeal, we **VACATE** the January 23, 2015 order requiring findings.

We **ORDER** court reporter Marissa Garza to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 2. Because the reporter's record was already three months overdue, no extensions will be granted.

Appellant's brief is due within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter Marissa Garza and to counsel for all parties.

/s/    ADA BROWN
JUSTICE